WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roosevelt Marquize Sherrod, | No. CV-15-00296-PHX-DJH (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Injunction for Organization" (Doc. 61) and Defendant Ryan's Response in Opposition (Doc. 67). Plaintiff has not filed a reply and the time to do so has passed. The motion is deemed submitted.

In his motion (Doc. 61), Plaintiff sought the assistance of the Court to obtain "original writings of the First Amended Complaint and other belongings," which Plaintiff alleged were not returned to him after a housing transfer. In his Response (Doc. 67), Defendant Ryan asserts that all legal papers identified by Plaintiff now have been returned to him, and counsel mailed an extra copy of the First Amended Complaint to Plaintiff. Plaintiff does not contest this assertion.

As Defendant Ryan has provided the relief sought by Plaintiff, the matter is now moot.

**IT IS ORDERED** denying Plaintiff's "Injunction for Organization" (Doc. 61) as moot.

Dated this 4th day of November, 2016.

Eileen S. Willett
United States Magistrate Judge